| Return | | |
|---|---|---|
| Case No.: 23 MJ 720 (MEG) | Date and time warrant executed: August 18, 2023 | Copy of warrant and inventory left with: Google LLC |
| Inventory made in the presence of: | | |

Inventory of the property taken and name(s) of any person(s) seized:

Contents of one email account, provided in file 40792028-20230821-1.zip

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 21, 2023

_____
Executing officer's signature

Timothy L. Swec, Special Agent
Printed name and title
FBI